# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY,<br>             Plaintiff,<br>vs.<br>GAMALIEL MORALES-ELIZALDE, *et al.,*<br>             Defendants. | Case No.  2:13-cv-02296-JCM-GWF<br><br>**ORDER**<br><br>Motion to Extend Time for Service of Process (#9) |

    This matter is before the Court on Plaintiff Progressive Northern Insurance Company's Motion to Extend Time for Service of Process (#9), filed April 14, 2014.

    Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown.  Plaintiff has been unable to locate and complete service upon Defendant Gamaliel Morales-Elizalde despite diligent efforts.  As a result, Plaintiff requests an extension of time until June 13, 2014 to complete service.  Upon review of the motion and the attached affidavits, the Court finds Plaintiff has shown good cause for an extension.  Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time for Service of Process (#9) is **granted**.  Plaintiff shall effect service of process upon Defendant Gamaliel Morales-Elizalde on or before **June 13, 2014**.

    DATED this 21st day of April, 2014.

                                     */s/ George Foley, Jr.*
                                     GEORGE FOLEY, JR.
                                     United States Magistrate Judge